IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICKY GRIDER,                    )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )       2:06cv992-MHT
                                 )           (WO)
ALABAMA DEPARTMENT               )
OF CORRECTIONS, et al.,          )
                                 )
     Defendants.                 )
```

OPINION

In this lawsuit, plaintiff Ricky Grider alleges race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e to 2000e-17.  The defendants are the Alabama Department of Corrections and its commissioner, the Alabama State Personnel Department and its director, and the State of Alabama and its governor.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Grider's motion for summary judgment be denied and that the defendants' motion for summary

judgment be granted.  Also before the court are Grider's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that Grider's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of August, 2007.


                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE