IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICKY GRIDER,                   )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:06cv992-MHT
                                )           (WO)
ALABAMA DEPARTMENT              )
OF CORRECTIONS, et al.,         )
                                )
    Defendants.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Ricky Grider's objections (doc. no. 35) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 34) is adopted.

(3) Plaintiff Grider's motion for summary judgment (doc. no. 24) is denied.

 (4) The defendants' motion for summary judgment (doc. no. 28) is granted.

 (5) Judgment is entered in favor of the defendants and against plaintiff Grider, with Grider taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Grider, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of August, 2007.

         /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**